UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANTHONY JERDINE, | CASE NO. 1:10 CV 522 |
| Petitioner, | |
| v. | |
| MARK S. BENNETT, et al., | MEMORANDUM OF OPINION AND ORDER DISMISSING PETITION |
| Respondents. | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On March 11, 2010, petitioner pro se Anthony Jerdine filed the above-captioned habeas corpus action under 28 U.S.C. § 2241.  Mr. Jerdine appears to seek to challenge this court's jurisdiction in a pending criminal proceeding in which he is a defendant.  Any such challenge, however, must be raised in that case.  See United States v. Anthony L. Jerdine, 8 CR 481.

Accordingly, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243.  The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 6 April 2010